# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **AMBER LEE PARKER, #14710-509**, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIV. ACT. 1:23-cv-83-TFM-N |
| ) | CRIM. ACT. 1:20-cr-122-TFM-N |
| **WARDEN, FPC BRYAN, BRYAN, TEXAS**, ) ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date, it is **ORDERED, ADJUDGED**, and **DECREED** that Petitioner's motion under § 2241 (Doc. 2057) is **DISMISSED without prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 1st day of May, 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE